UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ASHLEY JOHNSON,

                           Plaintiff,                      24-CV-1356 (VF)

       -against-                               **ORDER**

BRUNOZZI TRANSFER & TRUCK RENTAL, INC.,
et al,

                         Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The initial conference in this matter currently scheduled for May 28, 2024, is adjourned sine die.

      Counsel for the parties are directed to confer to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure and to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by no later than **June 12, 2024.** Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 14.

      **SO ORDERED.**

DATED:    New York, New York
              May 22, 2024

                                                _____
                                                VALERIE FIGUEREDO
                                                United States Magistrate Judge