**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ASHLEY JOHNSON,

                                Plaintiff,                    **24-CV-1356 (VF)**

           -against-                          **ORDER**

BRUNOZZI TRANSFER & TRUCK RENTAL, INC.,
et al,

                              Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint status update indicating what discovery has been completed and what discovery remains to be completed by **March 21, 2025.**

      **SO ORDERED.**

DATED:    New York, New York
               March 11, 2025

                                                         _____
                                                         VALERIE FIGUEREDO
                                                         United States Magistrate Judge