**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

ASHLEY JOHNSON,

                    Plaintiff,                      **24-CV-1356 (VF)**

          -against-                         **ORDER**

BRUNOZZI TRANSFER & TRUCK RENTAL, INC.,
et al,

                    Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The settlement conference in this matter has been rescheduled for **Thursday, August 28, 2025, at 2:00 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **August 21, 2025.**

        **SO ORDERED.**

DATED:    New York, New York
            July 7, 2025

                              _____
                              VALERIE FIGUEREDO
                              United States Magistrate Judge